**Order entered September 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00768-CV

## IN THE GUARDIANSHIP OF RICHARD W. THOMPSON, JR., AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. GA1-0261-2018**

### ORDER

By order dated August 26, 2022, we denied appellant's motion requesting certain records because the Court does not have those records.  Before the Court is appellant's September 8, 2022 "Emergency Motion to Clarify Order Denying Appellant's Record Request."  We **DENY** the motion.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE